No. 14,211.

McKENDRY ET AL. *v.* CREDIT FINANCE INDUSTRIAL BANK.
(72 P. [2d] 1118)

Decided September 27, 1937.

Judgment affirmed en banc without written opinion. Mr. Justice Bakke not participating.

Mr. JAMES R. HOFFMAN, for plaintiffs in error.

Mr. EDWARD MILLER, for defendant in error.